[50 NE3d 923, 31 NYS3d 455]

In the Matter of Steam Pipe Explosion at 41st Street and Lexington Avenue.

Carrie Tassa, Plaintiff, v Consolidated Edison Inc. et al., Respondents/Third-Party Plaintiffs-Respondents, and Team Industrial Services, Inc., Appellant/Third-Party Defendant-Appellant, et al., Defendant. (And Other Actions.)

Decided April 28, 2016

#### APPEARANCES OF COUNSEL

*Shaub, Ahmuty, Citrin & Spratt, LLP*, New York City (*Juan C. Gonzalez* and *Timothy R. Capowski* of counsel), for appellant.

*Davis Polk & Wardwell LLP*, New York City (*Frances E. Bivens* of counsel), *Douglas J. McKay*, New York City, and *Clark Gagliardi & Miller, P.C.*, White Plains, for respondents.

#### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. The Appellate Division did not abuse its discretion in granting the motion to compel Team Industrial Services, Inc. to produce its file related to another action.

Concur: Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA. Taking no part: Chief Judge DiFIORE.